WILLIAM THOMAS, Appellant, Respondent, v. GEORGE ADIE, Respondent, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for

leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.